United States District Court
Southern District of Texas
FILED
JUN 2 1 2005
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED
JUN 2 3 2005   BM
Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.  § | CASE NO. L-05-CR-1013 |
| § | |
| Melvin Roberto Corea-Barahona § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on June 8, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 21st day of June, 2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE